IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00136-RPM

BRETT R. RIGG, AS COURT-APPOINTED COUNSEL/GUARDIAN AD LITEM AND REPRESENTATIVE OF MINOR CHILD, ELLA ROE, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE HEIRS OF THE ESTATE OF TYLER ROE,

    Plaintiff,

v.

WHEATON VAN LINES, INC., D/B/A WHEATON WORLD WIDE MOVING,
PIKES PEAK MOVING & STORAGE, L.L.C. D/B/A PIKES PEAK MOVING & STORAGE CO., and
JERICHO R. BENSON,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to Procedural Order Number One entered by this Court on March 8, 2016, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

ORDERED that a scheduling conference will be held on **June 9, 2016, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 30, 2016.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

DATED: April 22nd, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge